ELIZA CORBIN *v.* WILLIAM W. POWELL, TRUSTEE

[No. 16, January Term, 1939.]

*Decided February 22nd, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*Josiah F. Henry, Jr.,* and *Arthur E. Briscoe,* for the appellant.

*Robert C. McKee* and *William W. Powell,* for the appellee.

PARKE, J., delivered the opinion of the Court.